FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GILBERTO LEYVA PEREA, <br><br> Defendant. | Criminal Case No. 08cr395-BEN <br><br> **I N F O R M A T I O N** <br><br> Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |

The United States Attorney charges:

On or about, January 18, 2008, within the Southern District of California, defendant GILBERTO LEYVA PEREA, did willfully and knowingly use passport number 701836341, issued under the authority of the United States, to Adrian Mejia, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: 2/14/08.

KAREN P. HEWITT
UNITED STATES ATTORNEY

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:bt
1/29/08