AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GILBERTO LEYVA PEREA

## WAIVER OF INDICTMENT

CASE NUMBER: O8cr395-BEN

I, GILBERTO LEYVA PEREA, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___2/14/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

GILBERTO LEYVA PEREA
GILBERTO LEYVA PEREA
Defendant

MAYRA L. GARCIA
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED

FEB 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY